# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 12-cr-00158-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WALDEN ALLEN SCHMIDT,

    Defendant.

## MINUTE ORDER[1]

On **May 16, 2012**, the court shall conduct a telephonic setting conference to set a hearing on defendant's **Unopposed Motion For Ends of Justice Continuance** [#13][2] filed May 9, 2012. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: May 9, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.