IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00158-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WALDEN ALLEN SCHMIDT,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court *sua sponte*. The court enters this order to supplement the **Order Granting Defendant's Unopposed Motion To Continue Trial Date** [#17][2] entered June 4, 2012.

**THEREFORE, IT IS ORDERED** as follows:

1. That the deadline for the filing non-CJA motions shall be **October 2, 2012**;

2. That a response to a timely filed pretrial motion shall be filed within fourteen (14) days of the filing of the pretrial motion;

3. That all timely filed pretrial motions that the court determines should be set for hearing shall be set for hearing at a motions' hearing setting conference on **October 22, 2012**, commencing at 10:00 a.m., at which time the defendant **will not be present**;

4. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference; and

5. That the **Order Granting Defendant's Unopposed Motion To Continue**

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**Trial Date** [#17] entered June 4, 2012, is supplemented to the limited extent necessary to facilitate and implement this order.

      Dated: June 6, 2012