IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00158-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WALDEN ALLEN SCHMIDT,

    Defendant.

---

**MINUTE ORDER**[1]

---

    On March 19, 2013, the court conducted a telephonic setting conference. After conferring with counsel and by agreement of all, it is **ORDERED** that the Sentencing Hearing is reset to Friday, **April 19, 2013,** at 2:30 p.m., at which counsel and the defendant shall appear without further notice or order.

    Dated: March 19, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.